UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| United States of America, | Case No.: 22-cr-00555-JLS |
|---|---|
| Plaintiff, | |
| v. | Order Granting Joint Motion to Continue Motion Hearing and Trial Setting Hearing |
| Omar Chavez Alvarez, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Mr. Chavez Alvarez's motion hearing and trial setting hearing, currently scheduled for April 15, 2022 at 1:30 p.m., be continued to May 13, 2022 at 1:30 p.m.

It is further ordered that time between April 15, 2022 - May 13, 2022 shall be excluded under the Speedy Trial Act to avoid a miscarriage of justice, and for effective preparation, taking into account the parties' exercise of due diligence. See 18 U.S.C.§3161(h)(7)(B)(i), (iv).

IT IS SO ORDERED.

Dated: April 1, 2022

Hon. Janis L. Sammartino
United States District Judge